# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____

One Penn Plaza • Suite 2527 • New York, New York 10119
T: 212.792-0046 • F: 212.561.7108
E: Joshua@levinepstein.com

November 22, 2019

*<u>Via Electronic Filing</u>*
The Honorable Judge James Orenstein
U.S. District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Feliciano v. Yoon et al*
       **Case No.: 18-cv-6361**

Dear Honorable Judge Orenstein:

  This law firm represents Plaintiff Garcia Feliciano (the "**Plaintiff**") in the above-referenced action. This letter is submitted jointly with Defendants.

  Pursuant to Rules II (A) and (B) of Your Honor's Individual Motion Practices, this letter serves to respectfully inform the Court that the parties have reached an agreement in principal, globally resolving the claims in the above-referenced action.

  The parties respectfully request that Your Honor adjourn any future deadlines and court appearances *sin die*, to allow the parties sufficient time to prepare and submit a long-form settlement agreement for *Cheeks* approval.

  Thank you, in advance, for your time and attention to this matter.

          Respectfully submitted,

          LEVIN-EPSTEIN & ASSOCIATES, P.C.

          By: */s/ Jason Mizrahi*
             Jason Mizrahi, Esq.
             1 Penn Plaza, Suite 2527
             New York, New York 10119
             Tel. No.: (212) 792-0048
             Email: Jason@levinepstein.com
             *Attorneys for Plaintiff*