UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Garcia Feliciano,
*on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                    *Plaintiff*,

    - against -

Kyung Hee Park, Soo Hwan Park, and Dong Kee Restaurant, Inc. (d/b/a Hae Woon Dae),

                    *Defendants*.
---------------------------------------------------------------X

**Case No.: 18-cv-6361**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby, dismissed in their entirety, with prejudice, as to Defendants Kyung Hee Park, Soo Hwan Park, and Dong Kee Restaurant, Inc. (d/b/a Hae Woon Dae) and with each party to bear their own costs, expenses, disbursements, and attorneys' fees.

Dated: January 20, 2020
         New York, New York

| **LEVIN-EPSTEIN & ASSOCIATES, P.C.** | **THE LAW OFFICES OF DIANE H. LEE** |
|---|---|
| By: */s/ Joshua D. Levin-Epstein*<br>Joshua D. Levin-Epstein<br>420 Lexington Avenue, Suite 2525<br>New York, NY 10170<br>Tel. No.: (212) 792-0046<br>Email: Joshua@levinepstein.com<br>*Attorneys for Plaintiff* | By: */s/ Diane Hwakyung Lee*<br>Diane Hwakyung Lee<br>2460 Lemoine Avenue, Suite 105<br>Fort Lee, NJ 07024<br>Tel. No.: (201) 363-0101<br>Email: dlee@dhllaw.com<br>*Attorneys for Defendants* |

**SO ORDERED**

_____
Hon. James Orenstein
United States District Magistrate Judge