# EXHIBIT B

**SUPREME COURT OF THE STATE OF NEW YORK**
**NEW YORK COUNTY**
-----------------------------------------------------------------X

GARCIA FELICIANO,
*on behalf of himself and others similarly situated in*
*the proposed FLSA Collective Action,*

                       Index No.:

                     *Plaintiff,*        **AFFIDAVIT OF CONFESSION**
                                    **OF JUDGMENT**

    - against -

Kyung Hee Park, Soo Hwan Park, and Dong Kee
Restaurant, Inc. (d/b/a Hae Woon Dae),

-----------------------------------------------------------------
                      *Defendants.*
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF    Queens    )

    I, *Kyung Hee Park*, being duly sworn, deposes and says:

1.    I reside in 41-04 Jay St #1 Bayside N.Y 11361

2.    I am the _OWNER_, of Dong Kee Restaurant, Inc. (d/b/a Hae Woon Dae).

3.    Pursuant to the terms of the Settlement Agreement and Release by and between Garcia Feliciano ("Plaintiff") on the one hand, and Dong Kee Restaurant, Inc. (d/b/a Hae Woon Dae) (the "Defendant Corporation"), Kyung Hee Park, and Soo Hwan Park (together, the "Individual Defendants," and together with the Defendant Corporation, "Defendants"), to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against the Defendant Corporation and in favor of the Plaintiff for the sum of Seventy-Five Thousand dollars ($75,000.00), less any payments that have been timely made pursuant to the terms of the Settlement Agreement and Release.

4.    This affidavit of confession of judgment is for a debt justly due to Plaintiff under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of $50,000.00 to Plaintiff. However, I understand that this Confession calls for a judgment in a greater amount than the Settlement Agreement as a penalty for an uncured default.

4.   This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of the Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5.   I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York, as a judgment for the sum of Seventy-Five Thousand dollars ($75,000.00), less any payments that have been timely made pursuant to the terms of the Settlement Agreement and Release, against Dong Kee Restaurant, Inc. (d/b/a Hae Woon Dae).

Dong Kee Restaurant, Inc. (d/b/a Hae Woon Dae)

By: _____

Print: __Kyung Hee Park_____

Title: _____
      President

Sworn to before me on this
6²  day of  JAN ,  2020

_____
Notary Public

STEPHEN K. KIM
Notary Public, State of New York
No. 01KI4995075
Qualified in Queens County
Commission Expires 04/20/2022

EXHIBIT B

**SUPREME COURT OF THE STATE OF NEW YORK**
**NEW YORK COUNTY**
----------------------------------------------------------X

GARCIA FELICIANO,
*on behalf of himself and others similarly situated in*
*the proposed FLSA Collective Action,*

                            Index No.:

                   *Plaintiff,*        **AFFIDAVIT OF CONFESSION**
                                            **OF JUDGMENT**

     *- against -*

Kyung Hee Park, Soo Hwan Park, and Dong Kee
Restaurant, Inc. (d/b/a Hae Woon Dae),

                          *Defendants.*
----------------------------------------------------------X

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF   Queens    )

I, Soo Hwan Park, being duly sworn, deposes and says:

1.     I reside in 47-04 204st #1 Bayside NY 11361

2.     Pursuant to the terms of the Settlement Agreement and Release by and between Garcia Feliciano ("Plaintiff") on the one hand, and Dong Kee Restaurant, Inc. (d/b/a Hae Woon Dae) (the "Defendant Corporation"), Kyung Hee Park, and Soo Hwan Park (together, the "Individual Defendants," and together with the Defendant Corporation, "Defendants"), to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against the Defendant Corporation and in favor of the Plaintiff for the sum of Seventy-Five Thousand dollars ($75,000.00), less any payments that have been timely made pursuant to the terms of the Settlement Agreement and Release.

3.     This affidavit of confession of judgment is for a debt justly due to Plaintiff under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of $50,000 to Plaintiff. However, I understand that this Confession calls for a judgment in a greater amount than the Settlement Agreement as a penalty for an uncured default.

4.     This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of the Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5.     I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be

docketed and entered in the Supreme Court of the State of New York, as a judgment for the sum of Seventy-Five Thousand dollars ($75,000.00), less any payments that have been timely made pursuant to the terms of the Settlement Agreement and Release, against me, personally, Soo Huan Park.

By: _____
Soo Hwan Park

Sworn to before me on this
6TH day of JAN, 2020

_____
Notary Public

STEPHEN K. KIM
Notary Public, State of New York
No. 01KI4995075
Qualified in Queens County
Commission Expires 04/20/2022

EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

------------------------------------------------------------X

GARCIA FELICIANO,
*on behalf of himself and others similarly situated in*
*the proposed FLSA Collective Action,*

                              Index No.:

                       *Plaintiff,*        **AFFIDAVIT OF CONFESSION**
                                                **OF JUDGMENT**

         - *against* -

Kyung Hee Park, Soo Hwan Park, and Dong Kee
Restaurant, Inc. (d/b/a Hae Woon Dae),

                          *Defendants.*

------------------------------------------------------------X

STATE OF NEW YORK     )
                        : ss.:
COUNTY OF       Queens   )

I, Kyung Hee Park, being duly sworn, deposes and says:

1.     I reside in <u>40 – 04 204St #1 Bayside N.Y. 11361</u>

2.     Pursuant to the terms of the Settlement Agreement and Release by and between
Garcia Feliciano ("Plaintiff") on the one hand, and Dong Kee Restaurant, Inc. (d/b/a
Hae Woon Dae) (the "Defendant Corporation"), Kyung Hee Park, and Soo Hwan
Park (together, the "Individual Defendants," and together with the Defendant
Corporation, "Defendants"), to which this Affidavit is annexed, I hereby confess
judgment and authorize entry thereof against the Defendant Corporation and in
favor of the Plaintiff for the sum of Seventy-Five Thousand dollars ($75,000.00),
less. any payments that have been timely made pursuant to the terms of the
Settlement Agreement and Release.

3.     This affidavit of confession of judgment is for a debt justly due to Plaintiff under
the terms of the Settlement Agreement, to which this Affidavit is annexed, which
provides that Defendants are to submit a total sum of $50,000 to Plaintiff.
However, I understand that this Confession calls for a judgment in a greater amount
than the Settlement Agreement as a penalty for an uncured default.

4.     This affidavit is made upon good and valuable consideration, the sufficiency of
which I acknowledge on behalf of the Defendants, including, without limitation,
the terms and provisions of the Settlement Agreement.

5.     I hereby represent my understanding that upon Defendants' breach of the
Settlement Agreement and failure to cure, this Confession of Judgment shall be

docketed and entered in the Supreme Court of the State of New York, as a judgment for the sum of Seventy-Five Thousand dollars ($75,000.00), less any payments that have been timely made pursuant to the terms of the Settlement Agreement and Release, against me, personally, Kyung Hee Park.

By: _____

Kyung Hee Park

Sworn to before me on this

6th day of JAN 2020

_____

Notary Public

STEPHEN K. KIM
Notary Public, State of New York
No. 01KI4995075
Qualified in Queens County
Commission Expires 04/20/202